Michael F. Bell, (SBN 89046)
E-mail: mbell@bwslaw.com
Brian S. Ginter, (SBN 265786)
E-mail: bginter@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Plaintiff
The Independent Order of Foresters

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE INDEPENDENT ORDER OF FORESTERS, <br><br> Plaintiff, <br><br> v. <br><br> JOHN MUNGO, STEVEN KWIZERA, JULIUS KATEGA, SOLOMON KISEKKA, CHECHE MOMODU, DAMIANO KIGOYE, ANDREW MUHUMUZA, SHARON KOMWARO, GEORGE AGABE, ROSE SEVERINO, MARIA MALEK, MARIE KALUNGI, RONNIE KAMARA, MICHAEL LYADDA, AND PATRICIA TORRES, <br><br> Defendants. | Case No. CV 11-07326 ODW (FMOx) <br><br> **JUDGMENT** |

On July 11, 2012, Plaintiff The Independent Order of Foresters (hereinafter referred to as "Foresters") filed an Application for Entry of Default Judgment against Defendant Julius Katega (hereinafter referred to as "Katega").

On July 3, 2012, the Court granted Foresters' Request for Entry of Default Judgment and found that Foresters is entitled to Judgment against Katega in this action in the amount of $1,710.00.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that

1 | Judgment is entered in favor of Foresters and against Katega in the amount of
2 | $1,710.00, with interest to accrue on the Judgment from the date of the Judgment at
3 | the statutory rate.

Dated: 7-25-12_____      _____
                                        Otis D. Wright, II

                                        United States District Judge
                                        Central District of California