|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THE INDEPENDENT ORDER OF FORESTERS, <br><br> Plaintiff, <br> v. <br> JOHN MUNGO et al., <br><br> Defendants. | Case No. 2:11-cv-7326-ODW(FMOx) <br><br> **ORDER TO SHOW CASE RE LACK OF PROSECUTION** |
|---|---|

  Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution. Some Defendants have been served and default judgment has been rendered against those Defendants. Other Defendants have been served, but no motions have been filed for entry of default against these Defendants. Further, some other Defendants have never been served.

  Plaintiff must show in writing why this case should not be dismissed. For Defendants that have not been served, Plaintiff must show good cause why they have not been served within the 120-day limit prescribed under Federal Rule of Civil Procedure 4(m) and why the Court should not dismiss those Defendants. For Defendants that have been served but no default has not been entered, Plaintiff has until October 9, 2012 to file motions for entry of default.

No hearing is scheduled. Plaintiff's response is due by October 9, 2012. Failure to respond to this order will result in dismissal of this case.

**IT IS SO ORDERED.**

October 1, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**