JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THE INDEPENDENT ORDER OF FORESTERS,

          Plaintiff,

   v.

JOHN MUNGO et al.,

          Defendants.

Case No. 2:11-cv-7326-ODW(FMOx)

**DISMISSAL ORDER**

On October 1, 2012, the Court ordered Plaintiff to show cause in writing why the remaining unserved Defendants should not be dismissed. On October 9, 2012, Plaintiff responded by filing a dismissal as to all remaining Defendants except John Mungo, Beacon Crest Financial and Insurance Services, and Cheche Momodu.

No proof of service has been filed for Defendant Beacon Crest, and the Court has no reason to believe that they have been served within the 120-day limit prescribed under Federal Rule of Civil Procedure 4(m). Thus, Defendant Beacon Crest is hereby **DISMISSED WITHOUT PREJUDICE**.

Further, the Court has previously entered default judgment against Defendants Mungo and Momodu. And so, this case should be closed—the Clerk of Court shall close this case.

**IT IS SO ORDERED.**

October 11, 2012

                                                 _____
                                                   **OTIS D. WRIGHT, II**
                                          **UNITED STATES DISTRICT JUDGE**